No. 12–7020.   EPPS v. UNITED STATES, *ante*, p. 1055.   Petition for rehearing denied.   JUSTICE KAGAN took no part in the consideration or decision of this petition.

FEBRUARY 20, 2013

No. 12–7385 (12A799).   COOK v. HUMPHREY, WARDEN, *ante*, p. 1146.   Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.   Petition for rehearing denied.

FEBRUARY 21, 2013

No. 12A809.   HUMPHREY v. HILL.   Application to vacate stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit on February 19, 2013, presented to JUSTICE THOMAS, and by him referred to the Court, denied.